# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

WILLIE GOLDEN                          PLAINTIFF

V.            NO. 3:10CV00125 JMM/JTR

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                   DEFENDANT

## ORDER

Plaintiff's Unopposed Motion for Extension of Time (docket entry #9) is granted.

IT IS SO ORDERED this 15th day of October, 2010.

_____
UNITED STATES MAGISTRATE JUDGE