IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**WILLIE GOLDEN**                                                                                                    **Plaintiff**

**v.**                                                           **3:10CV00125 JMM**

**MICHAEL J. ASTRUE,**
**Commissioner, Social**
**Security Administration,**                                                                                 **Defendant**

## JUDGMENT

For the reasons stated in the separate order filed this date, the decision of the Commissioner of the Social Security Administration denying plaintiff's claim for Disability Insurance benefits and Supplemental Security Income is hereby AFFIRMED.  Judgment is hereby entered in favor of the Commissioner and plaintiff's complaint is dismissed with prejudice.

IT IS SO ORDERED this 21st day of September, 2011.

*/s/ James M. Moody*
James M. Moody
United States District Judge