**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

**WILLIE GOLDEN**                                                                      **Plaintiff**

**v.**                                            **3:10CV00125 JMM**

**MICHAEL J. ASTRUE,**
**Commissioner, Social**
**Security Administration,**                                                 **Defendant**

<u>**JUDGMENT**</u>

For the reasons stated in the separate order filed this date, the decision of the

Commissioner of the Social Security Administration denying plaintiff's claim for Disability

Insurance benefits and Supplemental Security Income is hereby AFFIRMED.  Judgment is

hereby entered in favor of the Commissioner and plaintiff's complaint is dismissed with

prejudice.

IT IS SO ORDERED this 21st day of September, 2011.

_____
James M. Moody
United States District Judge